**93–289.** State v. Carter. *Cuyahoga County,* No. 62426. On motion for leave to file delayed appeal. Motion granted.

F.E. SWEENEY, J., dissents.

**93–336.** State v. McGee. *Lorain County,* No. 88CA004338. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**93–350.** State v. Brown. *Hamilton County,* No. C–910742. On motion for leave to file delayed appeal. Motion granted.

F.E. SWEENEY, J., dissents.

**93–366.** State v. Bursey. *Cuyahoga County,* No. 61606. On motion for leave to file delayed appeal. Motion granted.

F.E. SWEENEY, J., dissents.

**93–367.** State v. Bennett. *Clermont County,* No. CA90–01–007. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**93–380.** State v. Sutton. *Mahoning County,* No. 91 C.A. 59. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**93–381.** Akron v. Smith. *Summit County,* No. 15571. On motion for leave to file notice of appeal instanter. Motion denied.

PFEIFER, J., dissents.

**93–459.** State ex rel. Tracy v. Franklin Cty. Court of Common Pleas. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition.

IT IS ORDERED by the court that the brief of relators and any evidence relators intend to file shall be due on or before April 8, 1993.

**93–475.** State v. Richard. *Cuyahoga County,* No. 63791. On motion to advance on docket. Motion denied.

## JURISDICTIONAL MOTIONS ALLOWED

**92–2605.** Marks v. Univ. of Cincinnati. *Hamilton County,* No. C–910908.

MOYER, C.J., WRIGHT and PFEIFER, JJ., dissent.

**93–13.** Haring v. Triangle Equip. Corp. *Knox County,* No. 92–CA–03.

MOYER, C.J., WRIGHT and PFEIFER, JJ., dissent.

**93–42.** Davidson v. Bucklew. *Trumbull County,* No. 91–T–4613.

A.W. SWEENEY and RESNICK, JJ., dissent.

**93–311.** Tramonte Distrib. Co. v. Canandaigua Wine Co. *Summit County,* No. 15620. On motion to consolidate with 92–1479, *Tri–County Distrib., Inc.,* Mahoning County, No. 92 C.A. 37, and 93–86, *Esber Beverage Co. v. Canandaigua Wine Co.,* Stark County, No. CA–8974. Motion granted. *Sua sponte,* the motion to certify the record is allowed; briefing schedule stayed.

## JURISDICTIONAL MOTIONS OVERRULED

**92–2507.** Corso, Lillie & Kelly Co., L.P.A. v. DiMassa. *Cuyahoga County,* No. 62459.

PFEIFER, J., dissents.